```
1  BENJAMIN B. WAGNER
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:10-CV-02727-GEB-KJM |
|---|---|---|
| Plaintiff, | ) | **APPLICATION AND ORDER FOR PUBLICATION** |
| v. | ) | |
| 2003 FORD F-250 CREW CAB TRUCK, VIN: 1FTNW21P13EB45874, LICENSE NUMBER: 7U80988, | ) | |
| Defendant. | ) | |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

   1.  Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

   2.  Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

1       3.   The defendant 2003 Ford F-250 Crew Cab Truck, VIN: 1FTNW21P13EB45874, License Number: 7U80988 (hereafter "defendant vehicle") was seized in the city of Shasta Lake, in Shasta County, California.  The Drug Enforcement Administration published notice of the non-judicial forfeiture of the defendant vehicle on July 6, 13 and 20, 2010, in *The Wall Street Journal*.

        4.   Plaintiff proposes that publication be made as follows:

             a.   One publication;

             b.   Thirty (30) consecutive days;

             c.   On the official internet government forfeiture site [www.forfeiture.gov](www.forfeiture.gov);

             d.   The publication is to include the following:

                  (1)   The Court and case number of the action;

                  (2)   The date of the seizure/posting;

                  (3)   The identity and/or description of the property seized/posted;

                  (4)   The name and address of the attorney for the Plaintiff;

                  (5)   A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

                  (6)   A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 20 days after the filing of the claims and, in the absence thereof, default may

1  be entered and condemnation ordered.

2  Dated: Oct. 7, 2010             BENJAMIN B. WAGNER
                                   United States Attorney
3

4
                                   /s/ Kristin S. Door
5                                  KRISTIN S. DOOR
                                   Assistant U.S. Attorney
6

7

8                           **ORDER**

9      IT IS SO ORDERED.

10 Dated:  October 12, 2010

11

12 _____
   GARLAND E. BURRELL, JR.
13 United States District Judge

3   Application and Order for Publication