BENJAMIN B. WAGNER
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

**FILED**
OCT 25 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>2003 FORD F-250 CREW CAB TRUCK,<br>VIN: 1FTNW21P13EB45874,<br>LICENSE NUMBER: 7U80988,<br><br>           Defendant. | 2:10-CV-02727-GEB-KJM<br><br>**ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM*** |

WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on October 7, 2010, in the United States District Court for the Eastern District of California, alleging that the defendant 2003 Ford F-250 Crew Cab Truck, VIN: 1FTNW21P13EB45874, License Number: 7U80988 (hereafter "defendant vehicle") is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(4) for one or more violations of 21 U.S.C. §§ 841 *et seq.*;

And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and the affidavit of Drug Enforcement Administration Special Agent Dennis F. Hale, there is probable cause to believe that the defendant vehicle so described

1 | constitute property that is subject to forfeiture for such
2 | violation(s), and that grounds for the issuance of a Warrant for
3 | Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of
4 | the Supplemental Rules for Admiralty or Maritime Claims and Asset
5 | Forfeiture Actions;

6 |     IT IS HEREBY ORDERED that the Clerk for the United States
7 | District Court, Eastern District of California, shall issue a
8 | Warrant for Arrest of Articles *In Rem* for the defendant vehicle.
9 | Dated: Oct 22, 2010

CRAIG M. KELLISON
United States Magistrate Judge