```
BENJAMIN B. WAGNER
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:10-cv-02727 GEB-KJM |
| ) | |
| Plaintiff, ) | PLAINTIFF'S STATEMENT OF |
| ) | NON-OPPOSITION TO |
| v. ) | CLAIMANT FREDDY WILLIAM |
| ) | RICE'S REQUEST FOR STAY; |
| 2003 FORD F-250 CREW CAB TRUCK, ) | ORDER [PROPOSED] |
| VIN: 1FTNW21P13EB45874, ) | |
| LICENSE NUMBER: 7U80988, ) | DATE: N/A |
| ) | TIME: N/A |
| Defendant. ) | COURTROOM: #10, 13th Fl. |
| ) | |

Plaintiff United States of America has no opposition to claimant Freddy William Rice's request for a stay until the criminal case now pending against him in Trinity County Superior Court is concluded.

Stays are authorized pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2), and 21 U.S.C. § 881(i).  The United States contends that the defendant truck is forfeitable because it was used to facilitate the transportation and distribution of a controlled substance (marijuana).  The United States intends to depose claimant Rice about his involvement in drug trafficking and the

1 marijuana found in the truck.  If discovery proceeds, Rice would
2 be placed in the difficult position of either invoking his Fifth
3 Amendment right against self-incrimination and losing the ability
4 to proving his claim, or waiving his Fifth Amendment right and
5 submitting to a deposition and potentially incriminating himself
6 in the pending criminal matter.  If Rice invokes his Fifth
7 Amendment right, the United States will be deprived of the
8 ability to explore the factual basis for this case.

9     In addition, it is reasonable to expect that Rice would want
10 to depose the state and local law enforcement officers involved
11 in the investigation that led to the seizure of the defendant
12 vehicle and the criminal charges pending against him.  Allowing
13 depositions of these would adversely affect the ability of the
14 Trinity County District Attorney's Office to properly prosecute
15 its case against Rice.

16     For these reasons plaintiff does not opposed Rice's request
17 for a stay until the conclusion of the criminal case now pending
18 in Trinity County.

19

20 Dated: <u>December 1, 2010</u>    BENJAMIN B. WAGNER
    United States Attorney
21

22
    By  <u>/s/ Kristin S. Door</u>
23     KRISTIN S. DOOR
    Assistant U.S. Attorney
24

25     **ORDER**

26     For the reasons set forth above, this matter is stayed
27 pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2), and 21 U.S.C.
28

1  § 881(i) until the conclusion of the related criminal case.
2  Within 30 days after the criminal case has concluded claimant
3  will file a Verified Claim to the defendant vehicle and an Answer
4  to the Verified Complaint for Forfeiture <u>In</u> <u>Rem</u>.  The parties
5  will submit a joint status report addressing the matters set
6  forth in the October 8, 2010, Order Setting Status (Pretrial
7  Scheduling) Conference.
8       IT IS SO ORDERED.
9  Dated:  December 2, 2010

GARLAND E. BURRELL, JR.
United States District Judge