BENJAMIN B. WAGNER
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>        Plaintiff,          )<br>                             )<br>     v.                      )<br>                             )<br>2003 FORD F-250 CREW CAB TRUCK, )<br>VIN: 1FTNW21P13EB45874,      )<br>LICENSE NUMBER: 7U80988,     )<br>                             )<br>        Defendant.           )<br>_____) | 2:10-cv-02727 GEB-KJM<br><br>ORDER VACATING STATUS<br>CONFERENCE<br><br><br><br>DATE: February 28, 2011<br>TIME: 9:00 a.m.<br>COURTROOM: #10, 13th Fl. |

   This case was stayed on December 3, 2010, until the related case now pending in Trinity County Superior Court is concluded. Accordingly, the status conference now scheduled for February 28, 2011, is vacated.

   IT IS SO ORDERED.

Dated:   December 14, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

1   ORDER VACATING STATUS CONFERENCE
                            (PROPOSED)