BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-CV-02727-GEB-CKD |
| Plaintiff, | ) | FINAL JUDGMENT OF FORFEITURE |
| v. | ) | |
| 2003 FORD F-250 CREW CAB TRUCK, VIN: 1FTNW21P13EB45874, LICENSE NUMBER: 7U80988, | ) | |
| Defendant. | ) | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1.  This is a civil forfeiture action against a 2003 Ford F-250 Crew Cab Truck, VIN: 1FTNW21P13EB45874, License Number: 7U80988 (hereafter "defendant vehicle") seized on April 14, 2010.

2.  A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on October 7, 2010, alleging that said defendant vehicle is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(4).

3.  On or about October 25, 2010, the Clerk issued a Warrant for Arrest for the defendant vehicle, and that warrant was duly

1  executed on November 3, 2010.

2      4.  Beginning on October 27, 2010, for at least 30
3  consecutive days, the United States published Notice of the
4  Forfeiture Action on the official internet government forfeiture
5  site www.forfeiture.gov.  A Declaration of Publication was filed
6  on November 30, 2010.

7      5.  In addition to the public notice on the official
8  internet government forfeiture site www.forfeiture.gov, actual
9  notice or attempted notice was given to the following individual:

10         a.  Freddy William Rice

11     6.  Claimant Freddy William Rice filed a Claim alleging an
12 interest in the defendant vehicle on November 29, 2010.  No other
13 parties have filed claims or answers in this matter, and the time
14 in which any person or entity may file a claim and answer has
15 expired.

16     Based on the above findings, and the files and records of
17 the Court, it is hereby ORDERED AND ADJUDGED:

18     1.  The Court adopts the Stipulation for Final Judgment of
19 Forfeiture entered into by and between the parties to this
20 action.

21     2.  That judgment is hereby entered against claimant Freddy
22 William Rice and all other potential claimants who have not filed
23 claims in this action.

24     3.  All right, title, and interest of Freddy William Rice in
25 the 2003 Ford F-250 Crew Cab Truck, VIN: 1FTNW21P13EB45874,
26 License Number: 7U80988, shall be forfeited to the United States
27 pursuant to 21 U.S.C. § 881(a)(4), to be disposed of according to
28 law.

1      4.   Upon entry of this Final Judgment of Forfeiture, the
2 U.S. Marshals Service shall sell the defendant vehicle in the
3 most commercially feasible manner, as soon as reasonably
4 possible, for the maximum price.  Claimant Freddy William Rice
5 agrees to execute promptly any documents that may be required to
6 complete the sale of the defendant vehicle.
7      5.   Upon the sale of the defendant vehicle, the net sale
8 proceeds, less any storage fees, maintenance fees, disposal costs
9 and auctioneer fees, will be divided as follows:
10           a.   To claimant Freddy William Rice: $1,000.00 of the
11                net proceeds from the sale of the defendant
12                vehicle.
13           b.   To the United States of America: The remainder of
14                the net sale proceeds.  All right, title, and
15                interest in said funds shall be substituted for
16                the defendant vehicle and forfeited to the United
17                States pursuant to 21 U.S.C. § 881(a)(4), to be
18                disposed of according to law.
19      6.   That the United States and its servants, agents, and
20 employees and all other public entities, their servants, agents,
21 and employees, are released from any and all liability arising
22 out of or in any way connected with the seizure, arrest, or
23 forfeiture of the defendant vehicle.  This is a full and final
24 release applying to all unknown and unanticipated injuries,
25 and/or damages arising out of said seizure, arrest, or
26 forfeiture, as well as to those now known or disclosed.  The
27 parties waived the provisions of California Civil Code § 1542.
28      7.   That pursuant to the stipulation of the parties, and the

allegations set forth in the Complaint filed on October 7, 2010, the Court finds that there was reasonable cause for the seizure and arrest of the defendant vehicle, and for the commencement and prosecution of this forfeiture action, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

8. All parties are to bear their own costs and attorneys' fees.

9. The U.S. District Court for the Eastern District of California, Hon. Garland E. Burrell, Jr., District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

April 6, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

### CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint filed October 7, 2010, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure or arrest of the defendant vehicle, and for the commencement and prosecution of this forfeiture action.

DATED: April 6, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge